# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JALISSA GREEN, on behalf of herself and others similarly situated, | ) ) ) | CASE NO. 1:18-cv-1805 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| BHC SERVICES, INC., | ) ) ) | |
| DEFENDANT. | ) | |

Before the Court is the parties' joint request for approval of their settlement agreement and for dismissal of this action with prejudice, with each party to bear its own expenses, costs and attorneys' fees. (Doc. No. 18.) The parties also filed under seal, for the Court's inspection, a copy of their executed settlement agreement, supported by the declaration of plaintiff's attorney. (Doc. No. 19.)

The Court hereby finds the settlement agreement fair and reasonable within the meaning of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* Accordingly, the Court grants the request for dismissal with prejudice. The Court will retain jurisdiction to enforce the settlement agreement. Case closed, with each party to bear its own expenses, costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: December 21, 2018

                                                             **HONORABLE SARA LIOI**
                                                             **UNITED STATES DISTRICT JUDGE**